PROB 12A2
(07/06)

# UNITED STATES DISTRICT COURT
# for the
# SOUTHERN DISTRICT OF TEXAS

### Report on Offender Under Supervision - No Court Action Required

| | |
|---|---|
| Name of Offender: | Michael McClaughlin        Case Number: 4:12CR00025-002 |
| Name of Sentencing Judge: | The Honorable Kenneth M. Hoyt |
| Date of Original Sentence: | June 23, 2012 |
| Original Offense: | Willfully causing bodily injury to another because of actual or perceived race, color, and national origin, aiding and abetting, 18 U.S.C. § 249. |
| Original Sentence: | 30 months imprisonment, three years supervised release, and $100 special assessment. Special conditions: substance abuse treatment, alcohol abstinence, and alcohol breathalyzer testing. |
| Type of Supervision: | Supervised Release        Supervision Started: December 27, 2013 |

### EARLIER COURT ACTION

Arpil 2, 2014: the Court modified the conditions of supervision to include alcohol abstinence and alcohol breathalyzer testing, following the defendant's arrest for public intoxication.

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Failure to Participate in Substance Abuse Treatment (Special Condition):** The defendant failed to participate in substance abuse treatment programming, in that he failed to submit to random urinalysis on or about March 27, and April 7, 2014, at Sanctuary Psychiatric Center of Santa Barbara, California. |
| 2. | **Failure to Abstain from Alcohol Use (Special Condition):** On or about April 11, 2014, the defendant reported to the U.S. Probation Officer and submitted to a breathalyzer test that resulted in a breath alcohol concentration of .070%. The defendant admitted consuming alcohol. |
| 3. | **Drug Possession/Usage (Mandatory Condition):** On or about April 11, 2014, the defendant submitted to urinalysis at the U.S. Probation Office in the Central District of California. Presumptive test-cup results returned positive for methamphetmines. The defendant admitted to using methamphetamines. |

Re: Michael McClaughlin
Case Number: 4:12CR00025-002
Page 2

**U.S. Probation Officer Action:** According to U.S. Probation Officer Randy Orlow, the defendant began experiencing difficulties in late March 2014. He had been living with this brother, however as the defendant's drug and alcohol use increased, the he left his brother's home and became transient. The defendant reported to the probation officer on April 11, 2014, and submitted the positive breathalyzer and urine sample reported above. The defendant remained homeless until April 17, 2014, when he entered the detoxification program at American Recovery Center in Pomona, California. He completed the detoxification program on April 24, 2014, and is currently in long-term residential treatment. Initial reports indicate the defendant's attitude is positive and he is fully participating in treatment.

Given the defendant's current treatment status, the supervising probation office recommends the Court refrain from adverse action at this time, and allow the defendant to remain in treatment. We concur with this recommendation, however we ask the Court to retain the right to address these violations at a later date, if necessary.

Should Your Honor prefer an alternate course of action, please advise at 713-250-5128.

Approved:                                                  Respectfully submitted:

                                                       by

_____                            _____
Javier A. Garcia, Supervising                              J. Andrew Adame
U.S. Probation Officer                                     U.S. Probation Officer
                                                           May 23, 2014

Name of Offender: Michael McClaughlin
Case Number: 4:12CR00025-002
Page Number: 3

[X]   Court Concurs with Recommended Action

[ ]   Submit a Request for Modifying the Condition(s) or Term of Supervision

[ ]   Submit a Request for Warrant or Summons

[ ]   Other:


_____
Kenneth M. Hoyt
U. S. District Judge

_5 - 28 - 14_
Date