PROB 12C
(07/06)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Michael McLaughlin | Case Number: | 4:12CR00025-002 |
| Name of Sentencing Judge: | The Honorable Kenneth M. Hoyt | | |
| Date of Original Sentence: | June 23, 2012 | | |
| Original Offense: | Willfully causing bodily injury to another because of actual or perceived race, color, and national origin, aiding and abetting, 18 U.S.C. § 249. | | |
| Original Sentence: | 30 months imprisonment, three years supervised release, and $100 special assessment. Special conditions: substance abuse treatment, alcohol abstinence, and alcohol breathalyzer testing. | | |
| Type of Supervision: | Supervised Release | Supervision Started: | December 27, 2013 |
| Assistant U.S. Attorney: | Saeed Ahmed Moody | Defense Attorney: | Richard B. Kuniansky |

### EARLIER COURT ACTION

Arpil 2, 2014: the Court modified the conditions of supervision to include alcohol abstinence and alcohol breathalyzer testing, following the defendant's arrest for public intoxication.

May 28, 2014: The Court did not take action on a Probation Form 12A, reporting the defendant's positive urine screen for methamphetamines, failure to participate in drug treatment, and alcohol use.

### PETITIONING THE COURT

TO ISSUE A WARRANT for defendant located at whereabouts unknown

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1. **Failure to Participate in Drug Treatment (Special Condition):** the defendant failed to participate in substance abuse treatment programming, in that on or about June 17, 2014, the defendant was granted permission to leave the American Recovery Center (ARC) to visit a social services agency. The defendant failed to return to the agency, and as June 19, 2014, he was placed on absconder status. He has yet to return to or make contact with ARC.

Re: Michael McLaughlin
Case Number: 4:12CR00025-002
Page 2

2. **Failure to Participate in Substance Abuse Treatment (Special Condition):** The defendant failed to participate in substance abuse treatment programming, in that he failed to submit to random urinalysis on or about March 27, and April 7, 2014, at Sanctuary Psychiatric Center of Santa Barbara, California.

3. **Drug Possession/Usage (Mandatory Condition):** On or about April 11, 2014, the defendant submitted to urinalysis at the U.S. Probation Office in the Central District of California. Presumptive test results returned positive for methamphetmines. The defendant admitted to using methamphetamines.

4. **Drug Possession/Usage (Mandatory Condition):** On or about April 17, 2014, the defendant submitted to urinalysis at the U.S. Probation Office in the Central District of California. Presumptive test results returned positive for marijuana. The defendant admitted to using marijuana.

5. **Alcohol Use (Special Condition):** On or about April 11, 2014, the defendant reported to the U.S. Probation Officer and submitted to a breathalyzer test that resulted in a breath alcohol concentration of .070%. The defendant admitted consuming alcohol.

U.S. Probation Officer Recommendation:

[X] The term of supervision should be
   [X] revoked.
   [ ] extended for  years, for a total term of  years.

[ ] The conditions of supervision should be modified:

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Approved:

Respectfully submitted:

_____
Javier A. Garcia, Supervising
U.S. Probation Officer

by

_____
J. Andrew Adame
U.S. Probation Officer
July 11, 2014

Name of Offender: Michael McLaughlin
Case Number: 4:12CR00025-002
Page Number: 3

---

THE COURT ORDERS:

[ ]   No Action

[X]   The Issuance of a Warrant, and no bond.

[ ]   The Issuance of a Warrant, and a bond of $_____ cash/surety with supervision as directed by the Probation Officer as a condition of said bond.

[ ]   The Issuance of a Summons.

[ ]   Other:

_____
Kenneth M. Hoyt
U. S. District Judge

7-17-14
Date